# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZACHARY THAYER,** | Case No. 4:21-cv-03936-YGR |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE FOR FAILURE TO FILE AN AMENDED COMPLAINT** |
| **UBER, INC. – UBER EAT'S, ET AL.,** | |
| Defendants. | |

To Plaintiff Zachary Thayer:

On September 15, 2021, the Court entered an Order dismissing plaintiff's first amended complaint with leave to amend. (Dkt. No. 9.) Plaintiff's amended complaint was due by October 15, 2021. To date, plaintiff has not filed an amended complaint. Thus, the order of dismissal stands and the case is dismissed. *Yourish v. Cal. Amplifier*, 191 F.3d 983, 989 (9th Cir. 1999) (affirming dismissal of action following plaintiff's failure to amend complaint after receiving leave to do so, where the interest in expeditious resolution of litigation, the court's management of its docket, and avoiding prejudice to defendants favored dismissal).

The Clerk of the Court shall close the file and not accept any further filings in this docket number. This Order terminates the case.

**IT IS SO ORDERED.**

Dated: November 5, 2021

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE